**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JENNIFER MEDENWALD, Derivatively on Behalf of STERICYCLE, INC., | Case No. 1:16-cv-11270 |
| Plaintiff, | Hon. Edmond E. Chang |
| v. | |
| CHARLES A. ALUTTO, DANIEL V. GINNETTI, FRANK J.M. ten BRINK, MARK C. MILLER, JACK W. SCHULER, LYNN DORSEY BLEIL, THOMAS D. BROWN, THOMAS F. CHEN, RODNEY F. DAMMEYER, WILLIAM K. HALL, JONATHAN T. LORD, JOHN PATIENCE, RONALD G. SPAETH and MIKE S. ZAFIROVSKI, | |
| Defendants, | |
| and, | |
| STERICYCLE, INC., | |
| Nominal Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) and 23.1(c) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Medenwald hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) given that Defendants have neither answered the Complaint nor filed a motion for summary judgment. Notice of the voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

Dated: January 31, 2017

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Phillip Kim
Phillip Kim (*pro hac vice*)
Kevin Chan (*pro hac vice*)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: kchan@rosenlegal.com

*Counsel for Plaintiff*

**HEFFNER HURST**
Matthew T. Heffner
30 N. LaSalle Street
Suite 1210
Chicago, Illinois 60602
Telephone: (312) 346-3466
Facsimile: (312) 346-2829
Email: mheffner@heffnerhurst.com

*Liaison Counsel for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Phillip Kim, counsel for Plaintiff, hereby certify that on January 31, 2017 service of the foregoing Notice of Voluntary Dismissal Without Prejudice was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

<u>/s/ Phillip Kim</u>